1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 205-6560
4  cm@SoCalEAG.com

5  Attorneys for Plaintiff
   JULIO CRUZ

6

7                UNITED STATES DISTRICT COURT
8                CENTRAL DISTRICT OF CALIFORNIA

9

10 JULIO CRUZ,                         Case No.: 8:25-cv-01193-ADS
11         Plaintiff,                  NOTICE OF VOLUNTARY
                                       DISMISSAL OF ENTIRE ACTION
12     vs.                             WITH PREJUDICE
13 JV AUTO REPAIR, INC.; RKMLW
14 TORCH, LLC; and DOES 1 to 10,
15         Defendants.

16

17

18    **PLEASE TAKE NOTICE** that Plaintiff JULIO CRUZ ("Plaintiff") pursuant to
19 Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire
20 action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which
21 provides in relevant part:
22     (a) **Voluntary Dismissal.**
23         (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
24               and any applicable federal statute, the plaintiff may dismiss an action
25               without a court order by filing:
26         (i)   A notice of dismissal before the opposing party serves either an
27               answer or a motion for summary judgment.
28

                                         1
             NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

1 | None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2 | summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3 | Court.

5 | DATED:  August 27, 2025               **SO. CAL. EQUAL ACCESS GROUP**

8 | By:   */s/   Jason J. Kim*
   |        Jason J. Kim, Esq.
9 |        Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**